**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Intuition Consulting Firm, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Authentique Agency |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4338654 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 756 West Peachtree Street | 2870 Peachtree Road, N.W. |
| Number   Street | Number   Street |
| 4th Floor | #404 |
| | P.O. Box |
| Atlanta     GA    30308 | Atlanta     GA    30305 |
| City     State    ZIP Code | City     State    ZIP Code |
| | |
| Fulton County | **Location of principal assets, if different from principal place of business** |
| County | |
| | _____ |
| | Number   Street |
| | _____ |
| | City     State    ZIP Code |

5. **Debtor's website** (URL)    AuthentiqueAgency.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor __The Intuition Consulting Firm, LLC_____   Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>541613 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                         MM / DD / YYYY<br>            District _____  When _____  Case number _____<br>                                         MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____    Relationship _____<br>            District _____    When _____<br>                                         MM / DD / YYYY<br>            Case number, if known _____ |

Debtor __The Intuition Consulting Firm, LLC_____   Case number (*if known*)_____
       Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  The Intuition Consulting Firm, LLC                         Case number *(if known)* _____
        Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/29/2023
             MM / DD / YYYY

✘ /s/ Roy L Broderick Jr                              Roy L Broderick Jr
Signature of authorized representative of debtor       Printed name

Title  Sole Member

**18. Signature of attorney**

✘ /s/ William Rountree                                Date  06/29/2023
Signature of attorney for debtor                             MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number      Street

Atlanta                                   GA         30329
City                                      State      ZIP Code

404-584-1238                              wrountree@rlkglaw.com
Contact phone                             Email address

616503                                    GA
Bar number                                State

**Fill in this information to identify the case:**

Debtor name __The Intuition Consulting Firm, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express  P.O. BOX 981535  EL PASO, TX, 79998-1535 | | Credit Card Debt | | | | 147,769.05 |
| 2 | Haley Communications Group  2554 Weeping Oak Trace,  Marietta, GA, 30062 | | Suppliers or Vendors | | | | 81,250.00 |
| 3 | SEI 1100 Spring LLC  1100 Spring ST NW  #550  Atlanta, GA, 30309-2848 | | Real Property Lease | Disputed | | | 67,841.16 |
| 4 | Dolphin Creative Branding Solutions  9933 Lawler Ave  #560  Skokie, IL, 60077 | | Suppliers or Vendors | | | | 50,508.71 |
| 5 | Humana  500 West Main Street  Louisville, KY, 40202 | | Suppliers or Vendors | | | | 23,081.66 |
| 6 | Nexsen Pruet, LLC  Post Office Box 2426  Columbia, SC, 29202 | | Attorney for Trademark Filings | | | | 20,306.00 |
| 7 | Ramp Business Corporation  71 5th Avenue  6th Floor  New York, NY, 10003 | | Credit Card Debt | | | | 19,924.33 |
| 8 | Eshena Roman  19 Arpege Way NW,  Atlanta, GA, 30327 | | Severance Pay to Former Employee | | | | 16,000.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor   The Intuition Consulting Firm, LLC
         Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AAA Parking 1100 Spring Street NW Suite 800 Atlanta, GA, 30309 | | Services | | | | 15,390.00 |
| 10 | Georgia Department of Revenue ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100 Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 14,502.80 |
| 11 | IPFS CORPORATION P.O. BOX 412086 KANSAS CITY , MO, 64141-2086 | | Services | | | | 12,125.08 |
| 12 | Mintel Group Ltd. 333 West Wacker Drive 11th Floor Chicago, IL, 60606 | accounts.receivable@mintel.com | Services | | | | 11,750.00 |
| 13 | American Express P.O. BOX 981535 EL PASO, TX, 79998-1535 | | Credit Card Debt | | | | 11,535.33 |
| 14 | DAVIS, MATTHEWS & QUIGLEY, P.C. 340 Peachtree Rd Suite 1400 Atlanta, GA, 30326 | | Attorney Fees | | | | 9,748.00 |
| 15 | Bank of America 100 N Tryon St STE 170 Charlotte,, NC, 28202 | | Credit Card Debt | | | | 6,000.00 |
| 16 | HIGHLAND HILL CAPITAL LLC 450 FAIRWAY DRIVE SUITE 210 DEERFIELD BEACH, FL, 33441 | | Monies Loaned / Advanced | | | | 6,000.00 |
| 17 | Regus Management Group 3102 West End Ste. 400 Nashville, TN, 37203 | Gregory Mueller nashville.americancenter@regus.com | Nashville Office Lease | | | | 5,999.23 |
| 18 | HR Biz LLC 3649 Venetian Pl SW Atlanta, GA, 30331 | | Services | | | | 4,000.00 |
| 19 | Direct Printing and Graphics dba emblm PO BOX 186 Elliot, ME, 03903 | | Suppliers or Vendors | | | | 3,849.17 |
| 20 | Jasmine Spann Studios The Spann Group, LLC 801 Lagoon Court Stone Mountain, GA, 30083 | | Suppliers or Vendors | | | | 3,625.00 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __The Intuition Consulting Firm, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/29/2023__         ✗ __/s/ Roy L Broderick Jr_____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                                        __Roy L Broderick Jr_____
                                                        Printed name

                                                        __Sole Member_____
                                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

AAA Parking
1100 Spring Street NW
Suite 800
Atlanta, GA 30309

American Express
P.O. BOX 981535
EL PASO, TX 79998-1535

American Express
P.O. BOX 981535
EL PASO, TX 79998-1535

Ariel Bouskila
Bertovitch & Bouskila, PLLC
1545 U.S. 202, Ste. 101
Pomona, NY 10970

Bank of America
100 N Tryon St
STE 170
Charlotte,, NC 28202

Bank of America/PPP Loan
P.O. Box 17237
Wilmington, DE 19886-7237

Byzfunder NY LLC
530 7TH AVENUE, SUITE 505
New York, NY 10018

Crowdz/Supplier Success LLC
51 E Campbell Ave.
Suite 125
Campbell, CA 95008

DAVIS, MATTHEWS & QUIGLEY, P.C.
340 Peachtree Rd
Suite 1400
Atlanta, GA 30326

Direct Printing and Graphics dba emblm
PO BOX 186
Elliot, ME 03903

Dolphin Creative Branding Solutions
9933 Lawler Ave
Skokie, IL 60077

Epic Advance
311 Boulevard of the Americas
Lakewood, NJ 08701

Eshena Roman
19 Arpege Way NW,
Atlanta, GA 30327

Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Haley Communications Group
Marietta, GA 30062

HIGHLAND HILL CAPITAL LLC
450 FAIRWAY DRIVE
SUITE 210
DEERFIELD BEACH, FL 33441

HR Biz LLC
3649 Venetian Pl SW

Humana
500 West Main Street
Louisville, KY 40202

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree St. NW
Stop 334-D
Atlanta, GA 30308

IPFS CORPORATION
P.O. BOX 412086
KANSAS CITY  , MO 64141-2086

Jasmine Spann Studios
The Spann Group, LLC
801 Lagoon Court
Stone Mountain, GA 30083

Mintel Group Ltd.
333 West Wacker Drive
11th Floor
Chicago, IL 60606

Nexsen Pruet, LLC
Post Office Box 2426
Columbia, SC 29202

Pearl Delta Funding, LLC
525 Washington Blvd,
22nd Fl.
Jersey City, NJ 07310

Ramp Business Corporation
71 5th Avenue
New York, NY 10003

Regus Management Group
3102 West End
Ste. 400
Nashville, TN 37203

Regus Management Group
15305 Dallas Pkwy
Addison, TX 75001

Roy Loxley Broderick, Jr.
915 W. Peachtree St., N.W.
Unit 18113
Atlanta, GA 30309

SEI 1100 Spring LLC
1100 Spring ST NW
Atlanta, GA 30309-2848

Selig Enterprises, Inc.
Attn:  Elizabeth Petkovich
1100 Spring Street, N.W., Ste. 550
Atlanta, GA 30309

Selig Enterprises, Inc.
1100 Spring Street Northwest
Atlanta, GA 30309-0000

Small Business Administration
409 3rd St, SW.
Washington, DC 20416

Superboss, LLC
1337 Washington Avenue
Upper Suite
Racine, WI 53404

U.S. Small Business Administration
2 NORTH STREET, SUITE 320
Birmingham, AL 35203

WeWork Companies, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

WeWork Companies, LLC
12 East 49th Street, 3rd Floor
New York, NY 10017

United States Bankruptcy Court

Northern District of Georgia

In re: The Intuition Consulting Firm, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/29/2023

/s/ Roy L Broderick Jr
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor